NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1362

ORTHO-MCNEIL PHARMACEUTICAL, INC. and ORTHO-MCNEIL, INC.,

Plaintiffs-Appellees,

and

DAIICHI SANKYO CO., LTD.,

Plaintiff-Appellee,

v.

LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of New Jersey in case no. 06-CV-4999, Chief Judge Garrett E. Brown, Jr.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

Lupin Pharmaceuticals, Inc. and Lupin Ltd. (Lupin) move to expedite the briefing schedule and the assignment of this case to an oral argument calendar. Ortho-McNeil Pharmaceutical, Inc. et al. oppose. Lupin replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellees' briefs are due no later than July 6, 2009. The appellants' reply brief and the joint appendix are due no later

than July 13, 2009. The case will be assigned to the September oral argument calendar.

FOR THE COURT

JUN 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George F. Pappas, Esq.
     Henry B. Gutman, Esq.
     Robert F. Green, Esq.

s8

U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 7 2009

JAN HORBALY
CLERK